# Publix

| | |
|---|---|
| Name | Ian M Elliott |
| Address | 192 Rosecliff Dr, Harvest, AL 35749 |
| Personnel Number | 01600918 |
| Pay Date | 09/30/2021 |
| Pay Period | 09/18/2021 - 09/24/2021 |
| Pay Amount: | $559.66 |

## Hours and Gross Earnings

| | Hours | Current | YTD |
|---|---|---|---|
| Regular (Straight) Hours | 35.27 | $564.32 | $10,644.48 |
| Vacation | 8.00 | $128.00 | $384.00 |
| Holiday Benefit | | | $128.00 |
| Overtime | | | $63.20 |
| Post-1985 Holiday Premium | | | $24.90 |
| Total Gross | 43.27 | $692.32 | $11,244.58 |

## Deductions

Current　　　　　　　　　　YTD

## Taxes Withheld

| | Current | YTD |
|---|---|---|
| Federal | | |
| TX Withholding Tax | $50.29 | $759.17 |
| TX EE Social Security Tax | $42.92 | $697.16 |
| TX EE Medicare Tax | $10.04 | $163.05 |
| Alabama | | |
| TX Withholding Tax | $29.41 | $474.32 |
| Total Taxes | $132.66 | $2,093.70 |

## Payments

| | |
|---|---|
| Dir Dep Acct 0190 | $559.66 |
| Pay Amount: | $559.66 |

© 2021 Publix Asset Management Company. All Rights Reserved.

# Publix.

| Name | Ian M Elliott |
|---|---|
| Address | 192 Rosecliff Dr, Harvest, AL 35749 |
| Personnel Number | 01600918 |
| Pay Date | 09/23/2021 |
| Pay Period | 09/11/2021 - 09/17/2021 |
| Pay Amount: | $513.39 |

## Hours and Gross Earnings

|  | Hours | Current | YTD |
|---|---|---|---|
| Regular (Straight) Hours | 31.46 | $503.36 | $10,080.16 |
| Vacation | 8.00 | $128.00 | $256.00 |
| Holiday Benefit |  |  | $128.00 |
| Overtime |  |  | $63.20 |
| Post-1985 Holiday Premium |  |  | $24.90 |
| **Total Gross** | 39.46 | $631.36 | $10,552.26 |

## Deductions

|  | Current | YTD |
|---|---|---|

## Taxes Withheld

|  | Current | YTD |
|---|---|---|
| **Federal** |  |  |
| TX Withholding Tax | $42.97 | $708.88 |
| TX EE Social Security Tax | $39.14 | $654.24 |
| TX EE Medicare Tax | $9.16 | $153.01 |
| **Alabama** |  |  |
| TX Withholding Tax | $26.70 | $444.91 |
| **Total Taxes** | $117.97 | $1,961.04 |

## Payments

| Dir Dep Acct 0190 | $513.39 |
|---|---|
| **Pay Amount:** | $513.39 |

© 2021 Publix Asset Management Company. All Rights Reserved.