# DEZENBERG & SMITH, P.C.
## ATTORNEYS AT LAW
_____

908-C NORTH MEMORIAL PARKWAY
HUNTSVILLE, ALABAMA 35801

G. JOHN DEZENBERG, JR.                        TELEPHONE (256) 533-5097
BRANDON N. SMITH                              FASCIMILE (256) 533-0068

July 6, 2022

U.S. Bankruptcy Court
Clerk's Divisional Office
Post Office Box 2748
Decatur, Alabama 35602

Re:     Creditors Change of Address
        Case No.: 21-81756-CRJ-13
        Debtor: Ian Michael Elliott

Dear Sirs/Madam:

       Please note the following change of address for the Creditor in the above referenced case:

       First Southern Financial
       PO Box 1379
       Athens, AL 35612

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on July 6, 2022, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

       Hon. Michele T. Hatcher, Trustee
       PO Box 2388
       Decatur, AL 35602

                                                   /s/ G. John Dezenberg, Jr.
                                                   G. JOHN DEZENBERG, JR.