# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−8 | User: admin | Date Created: 06/06/2023 |
| Case: 21−81756−CRJ13 | Form ID: van407 | Total: 11 |

**Recipients of Notice of Electronic Filing:**
tr     Michele T. Hatcher     ecf@ch13decatur.com
aty     G. John Dezenberg, Jr.     dezlaw@bellsouth.net

                                       TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ian Michael Elliott     192 Rosecliff Drive     Harvest, AL 35749
10770977     Capital One Bank (USA), N.A.     by American InfoSource as agent     PO Box 71083     Charlotte, NC 28272−1083
10749190     Capital One Bank USA NA     PO Box 31293     Salt Lake City, UT 84131−1293
10749191     Citicards/CBNA     5800 South Corporate PL     Sioux Falls, SD 57108
10749188     First Southern Financial     PO Box 1379     Athens, AL 35612
10749192     Sanders Elliott     192 Rosecliff Drive     Harvest, AL 35749
10749189     USAA Federal Savings Bank     PO Box 33009     San Antonio, TX 78265
10749193     USAA Federal Savings Bank     PO Box 33009     San Antonio, TX 78265−3009
10757011     USAA Federal Savings Bank     Robertson, Anschutz, Schneid, Crane & Pa     10700 Abbotts Bridge Road, Suite 170     Duluth, GA 30097

                                       TOTAL: 9