# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

Ian Michael Elliott }  **Case No: 21-81756-CRJ13**
SSN: XXX-XX-5951 }
  DEBTOR(S). }
  }
  }

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #48; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments |
| **Date and Time:** | Wednesday, October 04, 2023 10:00 AM |
| **Appearances:** | G. John Dezenberg Jr., attorney for Ian Michael Elliott (Debtor)<br>Michele T. Hatcher (Trustee) |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Matter continued in open court for hearing on October 18, 2023, at 10:00 a.m. at the Federal Building, 101 Holmes Ave, Huntsville, Alabama 35801.<br><br>THE HEARING WILL TAKE PLACE IN PERSON. However, if you are unable to appear in person, you may appear telephonically. The dial-in number is 1-877-336-1280. When prompted, enter the access code 2749965#. There is no security code. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible. |

Date Prepared:10/04/2023