In re:                                          Case No. 21-81756-CRJ

Ian Michael Elliott                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8                     User: admin                                             Page 1 of 2

Date Rcvd: Oct 19, 2023                Form ID: pdf000                             Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ian Michael Elliott, 192 Rosecliff Drive, Harvest, AL 35749-9691 |
| 10749192 | + | Sanders Elliott, 192 Rosecliff Drive, Harvest, AL 35749-9691 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10770977 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:00:39 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 10749190 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:01:06 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 10749191 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:12:46 | Citicards/CBNA, 5800 South Corporate PL, Sioux Falls, SD 57108-5027 |
| 10749188 | + | Email/Text: ebrown@firstunitedfg.biz | Oct 19 2023 23:41:00 | First Southern Financial, PO Box 1379, Athens, AL 35612-6379 |
| 10749189 | + | Email/Text: bkelectronicnotices@usaa.com | Oct 19 2023 23:40:00 | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 10757011 | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 23:41:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10749193 | * | USAA Federal Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| G. John Dezenberg, Jr. | on behalf of Debtor Ian Michael Elliott dezlaw@bellsouth.net dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;smedders@bellsouth.net |
| Michele T. Hatcher | ecf@ch13decatur.com treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 2

UNITED STATES BANKRU PTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: )
Ian Michael Elliott ) CASE NO. 21-81756-CRJ-13
 )
SSN: XXX-XX-5951 )
 ) CHAPTER 13
 DEBTOR )

**ORDER ON TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

This case came before the Court on October 18, 2023, on the Motion to Dismiss filed by the Trustee, and by agreement of the parties it is hereby ORDERED, ADJUDGED and DECREED that the Trustee's Motion to Dismiss is DENIED, conditioned on the following:

1. The Debtor's Chapter 13 Plan payments shall resume at $304 monthly beginning October 2023. Fixed monthly payments due to the secured creditors shall be adjusted.

2. Beginning October 2023, the Debtor shall be placed on a three (3) month monitoring period, time being of the essence, wherein if Plan payments are not made within the month in which they are due, the Trustee may obtain an order of dismissal without further notice.

Dated this the 19th day of October, 2023.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order prepared by:
Michele Hatcher, Trustee